IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BERNARD VICTOR MISZLER, | : | |
|     Plaintiff | : | |
| | : | CIVIL ACTION |
| vs. | : | |
| | : | |
| WILLIAM BRENNAN, | : | JUDGE THOMAS I. VANASKIE |
| | : | NO. 3:CV-04-01756 |
|     Defendant | : | |

**<u>SUPPLEMENTAL POINTS FOR CHARGE OF DEFENDANT</u>**

1. Warden Brennan may be held liable under § 1983 Plaintiff must establish that he participated in violating the Plaintiff's rights, directed others to violate them, or, as the person in charge, had knowledge of and acquiesced in his subordinates' violations.  A.M. ex. rel. J.M.K. v. Luzerne County Juvenile Detention Center, 372 F.3d 572 (3d. Cir. 2004).

Respectfully submitted,

KREDER BROOKS HAILSTONE LLP


BY: /s/ A. James Hailstone
     A. James Hailstone, Esquire
     Attorney I.D. No.: 80055

220 Penn Avenue, Suite 200
Scranton, PA 18503
(570) 346-7922

# CERTIFICATE OF SERVICE

**AND NOW**, this 12th day of November, 2007, A. James Hailstone, a member of the firm of Kreder Brooks Hailstone, LLP, attorneys for Defendants, hereby certify that I have this day served the within POINT FOR CHARGE by electronic filing to the party or attorney of record as follows:

>Bruce J. Phillips, Esquire
>Wetzel, Caverly, Shea, Phillips & Rodgers
>15 Public Square, Suite 210
>Wilkes-Barre, PA 18701-1785
>bphillips@wcprlaw.com
>Attorney for Plaintiff

>/s/ A. James Hailstone
>A. James Hailstone