# EXHIBIT LIST

|   |   | Offered | Accepted |
|---|---|---|---|
| 1. | CMC Nursing Admission Assessment- 08/20/02 11-13-07 ☐ | ☐ — | B. Miszler |
| 2. | CMC Laboratory Chart Report- 08/20/02  11-13-07 ☐ | | ☐ -Dr. Metzger |
| 3. | CMC Medication Administration Record | ☐ | ☐ |
| 4. | CMC Medication Administration Record  11-13-07 ☐ | | ☐ -Dr. Metzger |
| 5. | CMC Medication Administration Record | ☐ | ☐ |
| 6. | CMC Medication Administration Record  11-13-07 ☐ | | ☐ -Dr. Metzger |
| 7. | CMC Medication Administration Record  11-13-07 ☐ | | ☐ -Dr. Metzger |
| 8. | CMC Medication Administration Record  11-13-07 ☐ | | ☐ -Dr. Metzger |
| 9. | CMC Nursing Discharge Summary- 08/020/02 -11-13-07 ☐ | | ☐ -Dr. Metzger |
| 10. | CMC Discharge Summary- 08/27/02 -11-13-07 | ☐ | ☐ -Dr. Metzger |
| 11. | CMC Discharge Instructions- 08/27/02 -11-13-07 | ☐ | ☐ -Dr. Metzger |
| 12. | CMC Progress Report- 08/26/02 -11-13-07 | ☐ | ☐ -Dr. Metzger |
| 13. | CMC Physician's Order Sheet  08/23/02-08/26/02 | ☐ | ☐ |
| 14. | CMC Discharge Summary- 08/26/02 -11-13-07  Rehabilitation Department | ☐ | ☐ -Dr. Metzger |
| 15. | CMC Psycho/Social Evaluation- 08/26/02 -11-13-07  Medical Social Work Department | ☐ | ☐ -Dr. Metzger |
| 16. | CMC Surgical Record- 08/20/02  —11-13-07 | ☐ | ☐ Dr. Metzger |
| 17. | Diamond Glass, Inc. Delivery Sheet __ 11-13-07  ( Susquehanna County Jail- 08/27/02) | ☐ | ☐ M. Shawley |
| 18. | Diamond Pharmacy Services- 08/29/07  Medication Administration Record | ☐ | ☐ |
| 19. | Diamond Glass, Inc. Delivery Sheet  11-13-07  (Susquehanna County Jail- 08/28/02) | ☐ | ☐ M. Shawley |